# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

Jeremy Vantuyl, individually and on )
behalf of all others similarly situated, )
    Plaintiff, )
                       )
    v. )   No.   5:16-cv-00812-D
                       )
Convergent Outsourcing, Inc, a )
Washington corporation, and Galaxy )
International Purchasing, LLC, a )
Nevada limited liability company, )
    Defendants. )

## STIPULATION OF DISMISSAL

The parties, pursuant to settlement and F.R.C.P. Rule 41, having reached a settlement of Plaintiff's individual claims against Defendants, hereby stipulate to the dismissal of Plaintiff's individual claims with prejudice and dismissal of the claims of the putative class members without prejudice.

Dated: June 14, 2018

One of Plaintiff's Attorneys

/s/ David J. Philipps_____
David J. Philipps
Philipps & Philipps, Ltd.
9760 S. Roberts Road
Suite One
Palos Hills, Illinois 60465

One of Defendants' Attorneys

/s/ Charity A. Olson_____
Charity A. Olson
Olson Law Group
2723 S. State Street
Suite 150
Ann Arbor, Michigan 48104

/s/ Lysbeth L. George_____
Lysbeth L. George
Crowe & Dunlevy, P.C.
Braniff Building
324 N. Robinson, Suite 100
Oklahoma City, Oklahoma 73102

## CERTIFICATE OF SERVICE

I hereby certify that on June 14, 2018, a copy of the foregoing **Stipulation of Dismissal** was filed electronically.  Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

Charity A. Olson                                    colson@olsonlawpc.com
Olson Law Group
2723 South State Street
Suite 150
Ann Arbor, Michigan 48104


Lysbeth L. George                                  lysbeth.george@crowdunlevy.com
Crowe & Dunlevy-OKC
Braniff Building , Suite 100
324 North Robinson Avenue
Oklahoma City, Oklahoma  73102


Larry P. Smith                                      lsmith@smithmarco.com
SMITHMARCO, P.C.
55 West Monroe Street
Suite 1200
Chicago, Illinois 60603


M. Kathi Rawls                                      mkr@rawlslawoffice.com
Rawls Law Office PLC
2404 South Broadway
Moore, Oklahoma  73160


/s/ David J. Philipps_____

David J. Philipps   (Ill. Bar No. 06196285)
Philipps & Philipps, Ltd.
9760 South Roberts Road
Suite One
Palos Hills, Illinois 60465
(708) 974-2900
(708) 974-2907 (FAX)
davephilipps@aol.com